# EXHIBIT "A"



# **EXHIBIT "B"**