# EXHIBIT "C"



Note: Fosun Pharma = Shanghai Fosun Pharmaceutical (Group) Co., Ltd.

*Does not reflect entities in process of being dissolved in the ordinary course of business.





Ambulatory Surgery Centers — 12-31-19 — Sovereign Health System